Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, James Lemons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number  06-0433<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| James Lemons,<br><br>                          Plaintiffs,<br><br>            vs.<br><br>Pfizer, Inc., et al.<br>                          Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (JAMES LEMONS) and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED:  February 20, 2009

By: _____

Attorneys for Plaintiff, James Lemons

-1-

1

2 DATED: May 11 , 2009        DLA PIPER US LLP

3

4                                By: _____

5                                    Michelle Sadowsky
                                     Attorneys for Defendants

6

7

8 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

9

10 Dated: May 19, 2009

11                                _____
                                 Hon. Charles R. Breyer
                                 United States District

12

13 

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PFZR/1035934/6190655v.1